STATE of Louisiana

v.

Glenn FORD

NO. 2016-01159

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. 1, No. 126,005; to the Court of Appeal, Second Circuit, No. 50,-525-CA.

Denied.

JOHNSON, C.J., would grant.

STATE of Louisiana

v.

Willie BELL

NO. 2016-KK-1175

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judi-

cial District Court Div. M, No. 14-5368; to the Court of Appeal, Fifth Circuit, No. 16-K-296

Denied.

HUGHES, J., would grant.

Dawn MCMILLION

v.

EAST JEFFERSON GENERAL HOSPITAL

NO. 2016-C-1192

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review Office of Worker's Compensation District 7, No. 14-06631; to the Court of Appeal, Fifth Circuit, No. 15-CA-578

Denied.